1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | ROBBIE L. BLOCK,                          ) Case No.: 2:16-cv-02230-EFB

10 |         Plaintiff,                        ) {~~PROPOSED~~} ORDER AWARDING
   |                                          ) EQUAL ACCESS TO JUSTICE ACT
11 |     vs.                                  ) ATTORNEY FEES AND EXPENSES
   |                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
12 | NANCY A. BERRYHILL, Acting               ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,         ) U.S.C. § 1920
13 |                                          )
   |         Defendant                        )
14 |                                          )
   | _____        )

15

16          Based upon the parties' Stipulation for the Award and Payment of Equal

17   Access to Justice Act Fees, Costs, and Expenses:

18          IT IS ORDERED that fees and expenses in the amount of $3,008.00 as

19   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20   awarded subject to the terms of the Stipulation.

21   DATED:  June 14, 2018.

22
                                    _____
23                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26